```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 03 B 49541
   RICHARD GAVIN GASTON
   CAROLYN TOBIN GASTON                         CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-4698      SSN XXX-XX-7968


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/09/2003 and was confirmed 03/02/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.00%.

     The case was dismissed after confirmation 11/14/2007.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
OPTION ONE MORTGAGE          CURRENT MORTG    49801.00             .00      49801.00
OPTION ONE MORTGAGE          MORTGAGE ARRE     4572.75             .00        907.34
TRIAD FINANCIAL CORP         SECURED           9000.00          594.00       1666.78
TRIAD FINANCIAL CORP         UNSECURED         6437.74             .00           .00
AMERICAN GENERAL FINANCE     UNSECURED          462.65             .00           .00
AMOCO ASSOCIATES CREDIT      UNSECURED        NOT FILED            .00           .00
ARCHER DEPOT FEDERAL CU      UNSECURED        NOT FILED            .00           .00
AT & T BANKRUPCTY            UNSECURED        NOT FILED            .00           .00
AT & T BANKRUPCTY            UNSECURED        NOT FILED            .00           .00
AUTO PASS                    UNSECURED        NOT FILED            .00           .00
CAPITAL ONE BANK             UNSECURED          541.40             .00           .00
CAPITAL ONE BANK             UNSECURED         1017.56             .00           .00
ARROW FINANCIAL SERVICES     NOTICE ONLY     NOT FILED             .00           .00
CAPITAL ONE BANK             UNSECURED          900.08             .00           .00
CARSON PIRIE SCOTT           UNSECURED         1241.00             .00           .00
HARRIS & HARRIS              NOTICE ONLY     NOT FILED             .00           .00
RESURGENT ACQUISITION LL     UNSECURED         6544.94             .00           .00
RESURGENT ACQUISITION LL     UNSECURED          742.95             .00           .00
CREDIT ACCEPTANCE CORP       UNSECURED         9200.19             .00           .00
BLITT & GAINES               NOTICE ONLY     NOT FILED             .00           .00
DIRECTV                      UNSECURED        NOT FILED            .00           .00
DISCOVER FINANCIAL SERVI     UNSECURED         7278.97             .00           .00
FINGERHUT                    UNSECURED        NOT FILED            .00           .00
FIRST NORTH AMERICAN NAT     UNSECURED        NOT FILED            .00           .00
PREMIER BANCARD CHARTER      UNSECURED          704.29             .00           .00
GATEWAY                      UNSECURED        NOT FILED            .00           .00
HOUSEHOLD BANK               UNSECURED        NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC     UNSECURED          805.63             .00           .00
MIDLAND CREDIT MANAGEMEN     NOTICE ONLY     NOT FILED             .00           .00
J C PENNEY                   UNSECURED        NOT FILED            .00           .00
ORCHARD BANK                 UNSECURED        NOT FILED            .00           .00
ECAST SETTLEMENT CORP        UNSECURED          812.59             .00           .00

                         PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 03 B 49541 RICHARD GAVIN GASTON & CAROLYN TOBIN GASTON
```

```
AMERITECH                  UNSECURED       NOT FILED              .00             .00
MONEY CONTROL INC          NOTICE ONLY     NOT FILED              .00             .00
RESURGENT ACQUISITION LL   UNSECURED        8747.35               .00             .00
RESURGENT ACQUISITION LL   UNSECURED         971.21               .00             .00
T-MOBILE BANKRUPTCY        UNSECURED        1449.02               .00             .00
VOICE STREAM WIRELESS      UNSECURED       NOT FILED              .00             .00
OPTION ONE MORTGAGE        NOTICE ONLY     NOT FILED              .00             .00
FIRST NORTH AMERICAN NAT   UNSECURED        1325.51               .00             .00
CREDIT FIRST               UNSECURED         646.46               .00             .00
CAPITAL ONE BANK           UNSECURED         883.47               .00             .00
PETER FRANCIS GERACI       DEBTOR ATTY     2,700.00                          2,700.00
TOM VAUGHN                 TRUSTEE                                           3,201.97
DEBTOR REFUND              REFUND                                            1,703.61

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                60,574.70

PRIORITY                                             .00
SECURED                                        52,375.12
    INTEREST                                      594.00
UNSECURED                                            .00
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            3,201.97
DEBTOR REFUND                                   1,703.61
                       ---------------         ---------------
TOTALS                 60,574.70                60,574.70
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
    Dated: 02/27/08            _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 03 B 49541 RICHARD GAVIN GASTON & CAROLYN TOBIN GASTON